# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-25-00916-CV

**Jillian Warren, Appellant**

**v.**

**Mark Rendon and Stellar Executive Group Inc., Appellees**

---

### FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### NO. 24DCV347429, THE HONORABLE CARI L. STARRITT-BURNETT, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on March 2, 2026. On March 12, 2026, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by March 23, 2026 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Prosecution

Filed: April 7, 2026